JOHN H. BRINK  (SBN 28018)
KATHRYN E. VAN HOUTEN   (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone:  (818) 242-6859
Facsimile:   (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: ACV 10-05508 |
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT |
| vs. | |
| CARLOS NEGRETE, | |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff, United States of America ("USA"), hereby requests that the Clerk of the above-entitled Court to enter default in this matter against Defendant CARLOS NEGRETE , on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  The defendant CARLOS NEGRETE  was duly served on September 15, 2010.

DATED: October 27, 2010                          Respectfully submitted,

                                                          IRSFELD, IRSFELD & YOUNGER LLP


                                                          BY: _____/S/_____
                                                                John H. Brink
                                                                Attorney for Plaintiff

1

PROOF OF SERVICE BY MAILING

I, Hasmik Basmadzhyan, declare:

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On October 27, 2010 I served a copy of **REQUEST FOR ENTRY OF DEFAULT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below, following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: October 27, 2010  Place of mailing: Glendale, California Addressed to: CARLOS NEGRETE,  SAN JUAN CAPISTRANO,  CA.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 27, 2010, at Glendale, California.

```
          /s/
    Hasmik  Basmadzhyan
```

2