JOHN H. BRINK  (SBN  28018)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

**AMENDED**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV  10-5508 |
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT JUDGMENT; DECLARATION OF JOHN H. BRINK  IN SUPPORT THEREOF |
| vs. | |
| CARLOS NEGRETE | |
| Defendant. | |

The Clerk of this Court entered on  March 16, 2011, a default against Defendant CARLOS NEGRETE  for failure to respond or appear.  This is an action for a sum certain, or a sum which can by computation be made certain.  Therefore, Plaintiff requests entry of default judgment by the Clerk of this Court in the above-entitled action, pursuant to Rule 55(b)(1)  of the Fed. R. Civ. Proc.  This request is based on the facts set forth in the Declaration of  John H. Brink, attached hereto, the certificate of indebtedness attached hereto as Exhibit 1, pleadings and exhibits previously filed in this action, and the documents on file herein.

DATED: April 15, 2011                                  Respectfully Submitted,


                                          By:_____/S/_____
                                                John H. Brink
                                                Attorneys for Plaintiff

## DECLARATION OF JOHN H. BRINK

I, John H, Brink, being duly sworn say:

1. I am the attorney at law duly licensed to practice before all courts of the State of California and this Court. I am an attorney for plaintiff, UNITED STATES OF AMERICA. If called as a witness I could, and would, competently testify thereto before this Court.

2. I am the attorney of record in this matter. I have reviewed the files and records in this case, which are kept in the law offices of Irsfeld, Irsfeld & Younger LLP in the regular course of business. The files and records reveal that the Defendant CARLOS NEGRETE,

   is not an infant or minor,

   is not an incompetent,

   is not in the military service of the United States, within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended;

3. This action is an action on a promissory note and is an action for a sum certain, or a sum which can by computation be made certain.

4. The Defendant has been duly served with the Summons and Complaint, but has failed to appear, answer, plead or otherwise defend in said action within the time allowed by law, or at all;

5. There is now due and owing and unpaid to Plaintiff in this action the principal amount of $3,057.31, an accrued prejudgment interest through April 15, 2011 in the amount of $2,968.66, administrative charges in the amount of $00.00, costs in the amount of $420.00, less debtor payments of $00.00, plus attorneys fees pursuant to Local Rule 55-3 would be $505.73. The Rule provides for Attorney's Fees of ($300 plus 10% of the amount over $1,000.00 for a judgment amount of ($1,000.01-10,000.00). The total principal amount in this matter is $3,057.31. Therefore, the attorney's fees provided by Rule 55-3 are $505.73 ($300 plus 10% of $2057.31). Interest

1     will continue to accrue at the rate of 7.000% per annum ($0.59 per day) until
2     the date of judgment.
3     I declare under penalty of perjury that the foregoing is true and correct and
4 that this Declaration was executed on April 15, 2011 at Glendale, California.

                                                                                        /S/
                                                                         John H. Brink

<u>PROOF OF SERVICE BY MAILING</u>

I, Hasmik Basmadzhyan, declare:

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On April 15, 2011; I served a copy of **REQUEST FOR ENTRY OF DEFAULT JUDGMENT; DEFAULT JUDGMENT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below, following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: April 15, 2011; Place of mailing: Glendale, California. Addressed to: CARLOS NEGRETE, SAN JUAN CAPISTRANO, CA.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 15, 2011, at Los Angeles, California.

                                       /S/
                             Hasmik Basmadzhyan