JOHN H. BRINK (SBN 28018)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

**AMENDED**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 10-05508 |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| CARLOS NEGRETE | |
| Defendant. | |

In the above-entitled action, the Clerk of this Court having entered on <u>March 16, 2011</u>, a default against Defendant, CARLOS NEGRETE for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant CARLOS NEGRETE the sum of $3,057.31 in principal, $2,968.66 in accrued prejudgment interest through April 15, 2011, with interest accruing from April 15, 2011 at the rate of 7.000% per annum ($0.59 per day) until entry of judgment, with interest thereafter at the legal rate,

///

///

$00.00 in administration charges, $420.00 in costs, less debtor payments of $00.00, plus $505.73 in attorney's fees for a total judgment of $6,951.70

                                      TERRY NAFISI, CLERK  
                                      U.S. District Court  
                                      Central District of California

DATED:  April 19, 2011                 By:   A. Martinez  
                                                 Deputy Clerk