# UNITED STATES DISTRICT COURT
## Central District of California

UNITED STATES OF AMERICA

AMENDED
**BILL OF COSTS**

V.

Case Number: CV 10-05508

**CARLOS NEGRETE**

Judgment having been entered in the above entitled action on __4/19/2011__ against __CARLOS NEGRETE__
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk............................................................................................................. $ | 350.00 | |
| Fees for service of summons and subpoena ...................................................................... | 70.00 | |

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in **the case**
   (Expedited or daily transcripts require prior Court Order.)
    1.  Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ...........................
    2.  Deposition Transcripts (included non-expedited transcripts, the reporter's appearance fee,
       fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII
       disks, production and code compliance charge, electronic transmission charge, miniscripts
       and witness handling charges)..........................................................................................

Fees and disbursements for printing .........................................................................................
   (The costs of copies of an exhibit attached to a document necessarily and served.)

Fees for witnesses (itemize on page 2 of 3)...........................................................................

Fees for exemplification and copies of papers necessarily obtained for us in the case .....................

Docket fees under 28 U.S.C. 1923 (if incurred) .....................................................................

Costs as shown on Mandate of Court of Appeals .....................................................................

Compensation of court-appointed experts...............................................................................

Compensation of interpreters and costs of special interpretation services and under 28 U.S.C. 1828...............

Other costs to be taxed pursuant to prior Court approval (please itemize)...........................................

TOTAL $  420.00

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __CARLOS NEGRETE__

__/S/__
Signature of Attorney

JOHN H. BRINK
Name of Attorney

For: __PLAINTIFF, UNITED STATES OF AMERICA__    Date: __April 15, 2011__

Costs are taxed in the amount of __$420.00__

__Terry Nafisi__
Clerk of Court

By: __A. Martinez__
Deputy Clerk

__April 19, 2011__
Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|
| NAME AND ADDRESS | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | **TOTAL** | | 0.00 |

**BILL OF COSTS**

**PROOF OF SERVICE BY MAILING**

I, Hasmik Basmadzhyan, declare:

I am over the age of 18 and not a party to the within action.  I am employed by the Office of Irsfeld, Irsfeld & Younger LLP.  My business address is 100 W. Broadway, Suite 900, Glendale, California 91210.

On April 15, 2011; I  served a copy of  **BILL OF COSTS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below, following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: April 15, 2011; Place of mailing: Glendale, California. Addressed to: **CARLOS NEGRETE,  San Juan Capistrano, CA.**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 15, 2011, at  Glendale, California.


_____
/S/
Hasmik Basmadzhyan


3