# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Carlos Negrete

DEFENDANT(S).

OLD CASE NUMBER: __CV 10-05508 URC__

NEW CASE NUMBER __CV 10-05508 ABC (FMOx)__

☐ **NOTICE OF NEW CASE NUMBER ASSIGNED**
☑ **NOTICE OF JUDGE ASSIGNMENT**

To: All Counsel / Parties of Record:

☐ Case No. MISC. _____ is now numbered _____.
☑ Case No. __CV 10-05508  URC__ is now numbered __CV 10-05508 ABC (FMOx)__.

This action has been assigned:
☑ to the Chief Judge __Audrey B. Collins__.
☐ randomly to Judge _____.

For all further proceedings and discovery, refer to Magistrate Judge __Fernando M. Olguin__.

All subsequent documents filed in this case **must** be filed in duplicate and include the initials as indicated in the new case number above.

**It is very important to include the initials after the case number because documents are routed to the assigned judge by means of the initials following the case number.**

Clerk, U. S. District Court

09/16/2011                                 By __Robert R. Nadres__
Date                                          Deputy Clerk

*cc: U.S. District Judge*
*U.S. Magistrate Judge*
*Intake Supervisor*
*Data Collection & Analysis Group*