JOHN H. BRINK  (SBN 28018)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818)240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CV 10-05508 -ABC( FMOx) |
| Plaintiff, | REQUEST TO CONTINUE DEBTOR'S EXAMINATION AND PROPOSED ORDER |
| vs. | |
| CARLOS NEGRETE, | Date:    January 25, 2012 |
| Defendant. | Time:    10:00 a.m. |
| | Courtroom:  F |

    Plaintiff, UNITED STATES OF AMERICA, respectfully requests the Court to continue the debtor's examination of defendant, CARLOS NEGRETE.

    The plaintiff has been unable to personally serve the defendant and request that the matter be continued for (60) days to allow additional time for service to be completed.

Dated: January 20, 2012          IRSFELD, IRSFELD & YOUNGER LLP


                                       By: _____/s/_____
                                             John H. Brink
                                           Attorney for Plaintiff